702

*George B. Thatcher* for respondents.

No. 203. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF HOLMES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Acting Solicitor General Cox* for petitioner. *Messrs. W. J. Howard, J. E. Price* and *J. V. Wheat* for respondent.

No. 234. MISSISSIPPI PUBLISHING CORP. *v.* MURPHREE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. E. C. Brewer, William H. Watkins, P. H. Eager, Jr.* and *Mrs. Elizabeth Hulen* for petitioner. *Messrs. W. E. Gore, H. H. Creekmore* and *Rufus Creekmore* for respondent.

No. 263. LUSTHAUS *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. W. A. Seifert, William Wallace Booth, Norman D. Keller* and *Paul E. Hutchinson* for petitioner. *Acting Solicitor General Judson* for respondent.

No. 115. UNITED STATES *v.* JOHNSON; and
No. 116. UNITED STATES *v.* SOMMERS ET AL. October 8, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications. *Acting Solicitor General Cox* for the United States. *Messrs. Homer Cummings, Wil-*